IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE V. LARA and
DELIA G. LARA,

      Plaintiffs,                       No. CIV S-08-3114 MCE DAD PS

  vs.

JPMORGAN CHASE BANK,

      Defendant.                    FINDINGS AND RECOMMENDATIONS

/

        By order filed and served on July 14, 2009, plaintiffs were directed to submit the $350.00 filing fee to the Clerk of the Court within fifteen days. The court advised plaintiffs that the court would entertain a request for a reasonable extension of time to comply with the order but also cautioned plaintiffs that any request for extension of time must be filed prior to the expiration of the fifteen-day period. Plaintiffs were also cautioned that failure to comply with the court's order in a timely manner will result in a recommendation that this action be dismissed without prejudice. The fifteen-day period has now expired, and plaintiffs have not responded to the court's order in any manner.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

/////

1

1  These findings and recommendations will be submitted to the United States
2  District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within
3  fifteen days after these findings and recommendations are filed, plaintiffs may file written
4  objections with the court.  A document containing objections should be titled "Objections to
5  Magistrate Judge's Findings and Recommendations."  Plaintiffs are advised that failure to file
6  objections within the specified time may waive the right to appeal the District Court's order.  See
7  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 12, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\lara3114.fpf